IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDOLPH M. DIAZ,

        Petitioner,           No. CIV S-08-0403 LKK GGH P

    vs.

MICHAEL KNOWLES, et al.,

        Respondents.        ORDER

_____/

        Pursuant to the Order, filed on April 14, 2008 (#7), petitioner, by filing dated May 1, 2008 (# 9), has submitted an in forma pauperis application which reveals that petitioner is unable to afford the costs of suit.

        Accordingly, IT IS ORDERED that petitioner's application to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

DATED: 05/14/08                      /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:009
diaz0403.ifpg